IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH M. LITTLE and REGIS CLAUS, )
Trustees on behalf of the STEAMFITTERS )
LOCAL #449 BENEFIT FUNDS and )
TOM BIGLEY and REGIS CLAUS, Trustees )
on behalf of PLUMBERS LOCAL UNION )
NO. 27 COMBINED FUNDS, )
)
    Plaintiffs, )
)
v. )
) C.A. No.: 2:10-cv-01129-GLL
INTERNATIONAL FIDELITY INSURANCE )
COMPANY, )
)
    Defendant. )

## STIPULATION OF DISCONTINUANCE

Plaintiffs and Defendant, by their duly authorized attorneys, have entered into a settlement and hereby stipulate that this action be discontinued of record.

| TUCKER ARENSBERG, P.C. | BENTZ LAW FIRM |
|---|---|
| By: *s/Jeffrey J. Leech* | By: *s/Amy E. Bentz* |
| Jeffrey J. Leech | Amy E. Bentz |
| Attorneys for Plaintiffs | Attorney for Defendant |

SO ORDERED, this 10th day of January, 2011.

_____
Chief United States District Court Judge